**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br><br><br>TITUS LEE PEDRAZA,<br><br>Defendant. | CR-23-24-GF-BMM<br><br><br><br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on June 9, 2026. (Doc. 52.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted an initial appearance on May 18, 2026. (Doc. 102.) The United States accused Titus Lee Pedraza  (Pedraza) of violating the conditions of his supervised release by: (1) testing positive for methamphetamine on July 22, 2025, and admitting on August 7, 2025, to using methamphetamine since the end of July; (2) testing positive for methamphetamine on July 29, 2025, and admitting to using methamphetamine since the end of July; (3) admitting using methamphetamine on August 6, 2026; (4) testing positive for methamphetamine on August 12, 2025; (5) testing positive for methamphetamine on August 14, 2025; (6) failing to answer his door when his probation officer visited his home on December 17, 2025, December 20, 2025, January 19; 2026, January 20, 2026, and January 21, 2026; and (7) failing to provide his probation officer with a new proposed address in January of 2026. (Docs. 35 and 44.)

At the revocation hearings, Pedraza admitted that he had violated condition of his supervised release in allegations 1-7 as set forth in the Amended Petition. (Doc. 51.)

Judge Johnston recommended a sentence of time served, with supervised release to follow until June 13, 2026, at which time his supervised release shall terminate. (Doc. 52.) The Court advised Pedraza of his right to appeal and to allocute before the undersigned. He waived those rights. (Doc. 51.)

The violations Pedraza admitted proves serious and warrant revocation of his supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 52) are **ADOPTED IN FULL.  IT IS FURTHER ORDERED** that Titus Lee Pedraza be sentenced for a term of time served, with his supervised release to terminate on June 13, 2026.

DATED this 12th day of June 2026.

Brian Morris, Chief District Judge
United States District Courts